454 A.2d 152

Commonwealth v. Eperjesi, Appellant.

Submitted May 19, 1982. Alphonse P. Lepore, Jr., Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.

454 A.2d 152

Commonwealth v. Eubanks, Appellant.

Submitted September 21, 1982. John M. Glace, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.